IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 14-cr-00503-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. BRICE ALDAY,
2. DANIELLE SCIORTINO,
3. JESSE HERVEY,
4. JACQUELYNN BRADLEY,

 Defendants.

---

**AMENDED
ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT FOR DEFENDANT BRUCE ALDAY**

---

 This matter is before the Court on Defendant Bruce Alday's Unopposed Motion to Exclude Time from the Speedy Trial Act and Set Trial for Mid-October 2015 (Doc. # 52). The Court has reviewed this motion and the case file, and the reasons set forth in Defendant's Motion, specifically:

 1. Although nominally a drug distribution case, in fact, this case is closer to a homicide. Allegedly, Mr. Alday distributed heroin to an individual who took it and died as a result. Unlike typical drug cases, this case has detailed scientific and medical evidence, including lab tests of bodily fluids from the deceased, an autopsy, and related

evidence.  The facts of this case also raise complex legal issues, including causation and discovery issues related to accessing victim medical records.

2. Initial discovery (not including audio and video files) totals almost 1,000 pages.

3. The government has had two years to investigate this case.

4. Prior to trial in this matter (and really before any meaningful analysis of defenses to this case or possible offers may occur), counsel certainly will need to consult experts in forensic pathology and/or toxicology.

5. Given the current financial climate and budget, getting funds for that expert will be a complicated and time-consuming process.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  The Court being advised that neither the Government nor the Co-Defendants' counsel oppose a reasonable exclusion of speedy trial time, it is, therefore,

ORDERED that Defendant's Unopposed Motion to Exclude Time from the Speedy Trial Act and Set Trial for Mid-October 2015 (Doc. # 52) is GRANTED and the Court hereby grants an ends of justice continuance in this case of 180 days, which shall be excluded from the speedy trial clock, which currently stands at April 4, 2015.

DATED: May 4, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge